THOMAS F. LANDERS [SBN 207335]
MATTHEW T. ARVIZU [SBN 313933]
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant Midland Credit
Management, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMMEL AMANSEC, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., c/o Resident Agent Corporation Service Company Dba CSC – Lawyers Incorporating Ser. 2710 Gateway Oaks Dr. Suite 150 N Sacramento CA 95833,<br><br>        Defendant. | Case No. 3:20-cv-00752-GPC-DEB<br><br>**JOINT MOTION TO DISMISS** |

P:01389370.1:87025.290

Case No. 3:20-cv-00752-GPC-DEB

1    The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby

2    jointly move this Court to dismiss the individual claims of Plaintiff Rommel Amansec

3    above-captioned action with prejudice, the class claims without prejudice, and with

4    each party to bear its own attorneys' fees and costs.

5

6    DATED:  July 22, 2020                    SOLOMON WARD SEIDENWURM &
                                              SMITH, LLP
7

8                                             By:        /s/Thomas F. Landers
                                                    THOMAS F. LANDERS
9                                                   MATTHEW T. ARVIZU
10                                                  Attorneys for Defendant Midland Credit
                                                    Management, Inc.
11

12   DATED:  July 22, 2020

13
                                              By:        /s/Scott C. Borison
14                                                  SCOTT C. BORISON
                                                    Attorneys for Plaintiff Rommel Amansec
15

16                              **Signature Certification**

17
          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
18
     Policies and Procedures Manual, I hereby certify that the content of this document is
19
     acceptable to the attorney for Plaintiff and that I have obtained Mr. Borison's
20
     authorization to affix his electronic signature to this document.
21
     DATED:  July 22, 2020                    SOLOMON WARD SEIDENWURM &
22                                            SMITH, LLP

23
                                              By:        /s/Thomas F. Landers
24                                                  THOMAS F. LANDERS
                                                    MATTHEW T. ARVIZU
25                                                  Attorneys for Defendant Midland Credit
                                                    Management, Inc.
26

27

28